IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YOSHIE GLOVER, by and through her son and Power of Attorney, RALPH GLOVER, | : : : | Case No. 4:13-cv-01874 |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| DARWAY ELDER CARE REHABILITATION CENTER, et al. | : : : | |
| | : | |
| Defendants. | : | |

**ORDER**

March 10, 2014

On January 29, 2014, Chief Magistrate Judge Martin C. Carlson issued a

Report and Recommendation (ECF No. 25) in which he advised the Court to deny

defendant Brown's motion to dismiss for failure to state a claim. On February 4,

2014, he issued another Report and Recommendation (ECF No. 26) in which he

advised the Court to grant various defendants's motion to compel arbitration. No

party filed objections, so the Court has considered each Report and

Recommendation for clear error. Finding none, the Court will adopt both.

NOW, THEREFORE, IT IS HEREBY ORDERED: The January 29, 2014

Report and Recommendation (ECF No. 25) and the February 4, 2014 Report and Recommendation (ECF No. 26) are ADOPTED; defendant Brown's motion to dismiss (Aug. 14, 2013, ECF No. 10) is DENIED and defendants's motion to compel arbitration is GRANTED (Aug. 13, 2013, ECF No. 8); this federal action is STAYED pending the outcome of arbitration; parallel state court litigation pending before the Sullivan County Court of Common Pleas (Docket No. 2013-cv-199) is likewise STAYED; this Court shall RETAIN JURISDICTION over this action; and the case is REMANDED to Chief Magistrate Judge Carlson.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge